**Abatement Order filed September 3, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00865-CV**
_____

**GREEN VALLEY PLACE COMMUNITY IMPROVEMENT ASSOCIATION D/B/A GREEN VALLEY ESTATES, CIA AND JACQUELINE JOHNSON, REGINALD JOHNSON, LINDA WILLIAM, JESSE PATRICK, KAREN ROBINSON, AND DERRICK REED, Appellants**

**V.**

**DEBRA DE SHAZOR AND JOHNNY DE SHAZOR, Appellees**

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-243730A**

## ABATEMENT ORDER

Appellees have filed three unopposed motions to extend time to file their brief because the parties have settled. We issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the

parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Wise and Bourliot.